# Court of Appeals
# of the State of Georgia

ATLANTA,___March 12, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A1204. DIANE T. WILLIAMS v. MAGISTRATE COURT OF DEKALB COUNTY.

Diane T. Williams filed a "Petition for Writ of Prohibition" in superior court seeking an order prohibiting the magistrate court from enforcing a writ of possession. The superior court dismissed the action, and Williams filed this appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). A writ of prohibition constitutes an extraordinary remedy.[1] See *Weaver v. State*, 275 Ga. 136 (562 SE2d 183) (2002). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_03/12/2014_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Arguably, the underlying action is one for mandamus. See, e. g., *Clark v. Hunstein*, 291 Ga. 646, 647 (1) (733 SE2d 259) (2012); *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (in construing motion, substance controls over nomenclature). This, too, constitutes an extraordinary remedy. See *Ladzinske*, supra.